IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KEITH WATSON                                                              PLAINTIFF

VS.                                    CASE NO. 04-CV-1070

UNITED PARCEL SERVICE                                                     DEFENDANT

## **ORDER**

Before the Court is a Stipulation of Dismissal filed on behalf of all parties in the above styled and numbered case. The parties jointly stipulate to the dismissal of this action with prejudice, with each party bearing its own costs, fees and expenses. They also stipulate that any Court costs, if any, shall be borne by the Plaintiff. IT IS THEREFORE ORDERED that the Complaint in this matter is hereby **dismissed with prejudice,** that each party is responsible for paying its own costs, fees and expenses and that any Court costs will be paid by the Plaintiff.

Dated this 22rd day of February, 2006.

        /s/Harry F. Barnes
        Hon. Harry F. Barnes
        United States District Judge